IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY THOMAS HOLLADAY, | ) | 8:10CV152 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, Director, | ) | |
| Nebraska Dept. of Correctional | ) | |
| Services, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion to Withdraw Appeal. (Filing No. 29.) In his Motion, Petitioner requests that the court allow him to withdraw his appeal so that he may address issues of "new evidence" and "procedural errors." (*Id.*) For good cause shown, the court will permit Petitioner leave to withdraw his appeal.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion to Withdraw Appeal (filing no. 29) is granted.

2. The Clerk of the court shall not process Petitioner's appeal.

DATED this 4th day of April, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge